**Maria Irene Berumen SORIA,**
**Petitioner,**

**v.**

**Alberto R. GONZALES, Attorney**
**General, Respondent.**

No. 06–74360.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 20, 2007.*

Filed Feb. 26, 2007.

Sarah J.M. Jones, Law Offices of Sarah
J.M. Jones, San Francisco, CA, for Peti-
tioner.

---

* This panel unanimously finds this case suit-
  able for decision without oral argument. *See*
  Fed. R.App. P. 34(a)(2).

Ronald E. LeFevre, Chief Counsel, Of-
fice of the District Counsel, Department of
Homeland Security, San Francisco, CA,
James A. Hunolt, Esq., Mona Maria Yous-
if, DOJ–U.S. Department of Justice, Civil
Div./Office of Immigration Lit., Washing-
ton, DC, for Respondent.

Before: GOODWIN, TASHIMA and
THOMAS, Circuit Judges.

MEMORANDUM **

Upon review of the record and petition-
er's filings, respondent's motion for sum-
mary disposition is granted. The ques-
tions raised by this petition for review are
so insubstantial as not to require further
argument because petitioner lacked the
requisite ten years continuous physical
presence for cancellation of removal. *See*
8 U.S.C. § 1229b(b)(1)(A) & (d)(1); *United
States v. Hooton,* 693 F.2d 857, 858 (9th
Cir.1982) (per curiam). Accordingly, this
petition for review is denied.

All other pending motions are denied as
moot. The temporary stay of removal and
voluntary departure confirmed by Ninth
Circuit General Order 6.4(c) and *Desta v.
Ashcroft,* 365 F.3d 741 (9th Cir.2004), shall
continue in effect until issuance of the
mandate.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.